*1142 ante, p. 12;
*1143 No. 02-10556.
No. 02-10694.
No. 02-10829.
No. 02-11000.
No. 02-11013.
No. 02-11068.
No. 02-11116.
No. 02-11159.
No. 02-11174.
No. 02-11282.
No. 02-11338.
No. 03-190.
No. 03-316.
No. 03-363.
No. 03-384.
No. 03-5135.
No. 03-5212.
No. 03-5277.
No. 03-5306.
No. 03-5310.
No. 03-5375.
No. 03-5455.
No. 03-5481.
No. 03-5489.
No. 03-5496.
ante, p. 831;
ante, p. 834;
ante, p. 839;
ante, p. 848;
ante, p. 849;
ante, p. 852;
ante, p. 855;
ante, p. 809;
ante, p. 859;
ante, p. 865;
ante, p. 869;
ante, p. 881;
ante, p. 949;
ante, p. 1004;
ante, p. 968;
ante, p. 890;
ante, p. 895;
ante, p. 899;
ante, p. 900;
ante, p. 901;
ante, p. 905;
ante, p. 910;
ante, p. 911;
ante, p. 912;
ante, p. 912;
*1144 No. 03-5500.
No. 03-5507.
No. 03-5625.
No. 03-5713.
No. 03-5717.
No. 03-5728.
No. 03-5734.
No. 03-5773.
No. 03-5777.
No. 03-5789.
No. 03-5798.
No. 03-5843.
No. 03-5868.
No. 03-5877.
No. 03-5929.
No. 03-5945.
No. 03-5985.
No. 03-5997.
No. 03-6008.
No. 03-6039.
No. 03-6118.
No. 03-6173.
ante, p. 912;
ante, p. 913;
ante, p. 920;
ante, p. 952;
ante, p. 953;
ante, p. 953; '
ante, p. 953;
ante, p. 926;
ante, p. 954;
ante, p. 954;
ante, p. 926;
ante, p. 956;
ante, p. 929;'
ante, p. 957;
ante, p. 1019;
ante, p. 1019;
ante, p. 970;
ante, p. 970;
ante, p. 970;
ante, p. 986;
ante, p. 988;
ante, p. 989;
*1145 No. 03-6186.
No. 03-6188.
No. 03-6206.
No. 03-6264.
No. 03-6328.
No. 03-6331.
No. 03-6340.
No. 03-6377.
No. 03-6385.
No. 03-6388.
No. 03-6408.
No. 03-6436.
No. 03-6448.
No. 03-6519.
No. 03-6526.
No. 03-6563.
No. 03-6606.
No. 03-6713.
No. 03-6835.
No. 03-6851.
No. 03-6927.
No. 03-7155.
ante, p. 989; .
ante, p. 989;
ante, p. 990;
ante, p. 1007;
ante, p. 1020;
ante, p. 991;
ante, p. 1020;
ante, p. 1021;
ante, p. 1008;
ante, p. 1021;
ante, p. 976;
ante, p. 1008;
ante, p. 944;
ante, p. 1053;
ante, p. 1009;
ante, p. 965;
ante, p. 997;
ante, p. 1010;
ante, p. 1024;
ante, p. 980;
ante, p. 1026; and
ante, p. 1045. Petitions for rehearing denied.